IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JICARILLA APACHE NATION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF INTERIOR )<br>)<br>Defendant. )<br>) | Civil Action No. 1:08-cv-00316-RCL |

ENTRY OF APPEARANCE

On behalf of Plaintiff, Jicarilla Apache Nation, in this action, please enter the appearance of counsel listed below:

        Steven D. Gordon
        District of Columbia Bar No. 219287
        Lynn E. Calkins
        District of Columbia Bar No. 445854
        Stephen J. McHugh
        District of Columbia Bar No. 485148
        Holland & Knight LLP
        2099 Pennsylvania Avenue, NW, Suite 100
        Washington, DC  20006
        (202) 955-3000 (phone)

Dated April 16, 2008

        Respectfully submitted,

        /s/ Steven D. Gordon
        Steven D. Gordon
        D.C. Bar No. 219287
        HOLLAND & KNIGHT LLP
        2099 Pennsylvania Avenue, N.W.
        Suite 100
        Washington, DC  20006-6801
        (202) 955-3000

        Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on, April 16, 2008, I electronically transmitted the foregoing ENTRY OF APPEARANCE to the Clerk of the Court, using the ECF system for filing, and caused the ECF system to transmit a Notice of Electronic Filing to the counsel of record listed on the ECF system for this case.

/s/ Steven D. Gordon
Steven D. Gordon

# 5271425_v1