CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JICARILLA APACHE NATION | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Case Number 08-316 (JDB) |
| | ) | |
| U.S. DEPARTMENT OF INTERIOR | ) | Category   C |
| | ) | |
| Defendants | ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on April 16, 2008 from Judge Royce C. Lamberth to Judge John D. Bates by direction of the Calendar Committee.

(Case Randomly Reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Lamberth & Courtroom Deputy
      Judge Bates & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk