IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JICARILLA APACHE NATION, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:08-cv-00316 (JDB) |
| ) | |
| U.S. DEPARTMENT OF THE INTERIOR, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Notice is hereby given that JILL ELISE GRANT is no longer counsel to Plaintiff Jicarilla Apache Nation in the above-captioned case. Pursuant to Local Civ. R. 83.6(b), substitute counsel has filed a Notice of Appearance. All further pleadings, orders and notices should be sent to substitute counsel.

Respectfully submitted,

/s/ Jill Elise Grant
Jill Elise Grant (D.C. Bar No. 358306)
NORDHAUS LAW FIRM, LLP
1401 K Street, NW, Suite 801
Washington, DC 20005
telephone:  (202) 530-1270
facsimile:   (202) 530-1920

Dated: April 17, 2008