UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JICARILLA APACHE NATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 08-316 (JDB) |
| DEPARTMENT OF THE INTERIOR, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Plaintiff's residence address was not provided in the caption of the complaint. *See* LCvR 5.1(e). Plaintiff shall, within 10 days of this date, file an amended complaint that complies with the local rule.

SO ORDERED.

/s/

Signed by John D. Bates, United States District Judge, on April 17, 2008.