UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JICARILLA APACHE NATION ) | |
| ) | FILED |
| Plaintiff, ) | APR 1 6 2008 |
| ) | |
| v. ) | Civil Action No. 08-0316 (RCL) |
| ) | NANCY MAYER WHITTINGTON, CLERK |
| UNITED STATES DEPARTMENT OF ) | U.S. DISTRICT COURT |
| THE INTERIOR ) | |
| ) | |
| Defendant. ) | |

## ORDER

I hereby recuse.

_____          ___4/16/08___
United States District Judge Royce C. Lamberth        Date