## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Jicarilla Apache Nation** | ) |
| | ) |
| | ) |
| | ) |
| **Plaintiff** | ) **Case No.: 1:08-cv-00316-JDB** |
| | ) |
| **v.** | ) |
| **U.S. Department of the Interior, et al.** | ) |
| | ) |
| | ) |
| **Defendant(s)** | ) |

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Ambiko Guice, having been duly authorized to make service of the Summons and Amended Complaint on Dirk Kempthorne, Secretary of the Interior c/o U.S. Department of the Interior in the above entitled case, hereby depose and say:

That I am over the age of eighteen and that I am not a party to or otherwise interested in this suit.

That my place of business is 1827 18th Street, NW, Washington, DC 20009-5526  (202) 667-0050.

That on May 06, 2008 at 2:08 PM, I served the within Summons and Amended Complaint on Dirk Kempthorne, Secretary of the Interior c/o U.S. Department of the Interior at 1849 C Street, NW, Washington, DC 20240 by serving Robin Friedman, Senior Attorney, Office of General Counsel, authorized to accept.  Described herein:

Gender: Male    Race/Skin: White    Hair: Grey    Approx. Age: 65    Height: 5'4"    Weight: 150

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

5-7-08

Executed on:

Ambiko Guice
CAPITOL PROCESS & INVESTIGATOR
SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

**JICARILLA APACHE NATION**

V.

**U.S. DEPARTMENT OF INTERIOR**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    1:08-cv-00316-JDB

TO: (Name and address of Defendant)

**U.S. DEPARTMENT OF INTERIOR**
**1849 C STREET, N.W.**
**WASHINGTON, DC  20240**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

**STEVEN D. GORDON**
**HOLLAND & KNIGHT LLP**
**2099 PENNSYLVANIA AVENUE, NW**
**SUITE 100**
**WASHINGTON, DC  20006-6801**

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**

MAY - 1 2008

CLERK

(By) DEPUTY CLERK

DATE