IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JICARILLA APACHE NATION )<br>)<br>Plaintiff )<br>v. )<br>)<br>U.S. DEPARTMENT OF THE INTERIOR, et al. )<br>)<br>Defendants )<br>_____) | Case: 1:08-cv-00316-JDB<br>Assigned To: John D. Bates<br>Assign. Date : 4/16/2008<br>Description: Admn. Agency Review |

### ENTRY OF APPEARANCE

Please enter the appearance of Lynn E. Calkins as counsel for Plaintiff Jicarilla Apache Nation in this action along with Steven D. Gordon, Stephen J. McHugh and the law firm of Holland & Knight LLP.

Respectfully submitted,

HOLLAND & KNIGHT LLP

/s/ Lynn E. Calkins
Steven D. Gordon
D.C. Bar No. 219287
Lynn E. Calkins
D.C. Bar No. 445854
Stephen J. McHugh
D.C. Bar No. 485148
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, DC  20006-6801
Phone:  (202) 955-3000
Fax:  (202) 955-5564
Email:  steven.gordon@hkaw.com
Email:  lynn.calkins@hklaw.com
Email:  stephen.mchugh@hklaw.com

Counsel for Plaintiff

# 5341883_v1