UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JICARILLA APACHE NATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF THE INTERIOR, )<br>et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 08-316 (JDB) |

### ORDER

Defendants have now answered plaintiff's complaint seeking judicial review of a final agency decision pursuant to the Administrative Procedure Act, 5 U.S.C. §§ 701, et seq. The requirements of Local Civil Rule 16.3 and Fed. R. Civ. P. 26(f) are inapplicable to such actions. See Local Civil Rule 16.3(b)(1). The Court has reviewed the complaint and the answer in this case. Defendants raise grounds for dismissal or judgment, but have not yet filed a dispositive motion. Accordingly, it is hereby

**ORDERED** that the parties shall confer and submit by not later than September 4, 2008, a proposed briefing schedule for the filing of dispositive motions to resolve this matter.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Date: August 13, 2008